

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00714-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County
Attorney,
Appellants

v.

James T. "Tully" **SHAHAN,** In His Official Capacities as County Judge; Mark Frerich, In His
Official Capacity as County Commissioner; Joe Montalvo, In His Official Capacity as County
Commissioner; Dennis Dodson, In His Official Capacity as County Commissioner; Tim Ward,
In His Official Capacity as County Commissioner; Kinney County Commissioners Court and
Kinney County,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4845
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellees have filed a plea to the jurisdiction containing a motion to dismiss in each of
these appeals, asserting the orders appellant seeks to appeal are not final, appealable orders.
Appellees attached a copy of the orders to their motion, and the orders state, "The Court requests
Respondent[s] to prepare affidavits in support of their claimed fees and expenses of defense
within thirty (30) days and the Court will make a ruling regarding the award of a reasonable
amount of such fees at a later date."

"[A]n order or judgment is not final for purposes of appeal unless it actually disposes of
every pending claim." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001). Because
the order expressly leaves appellees' claim for attorney's fees pending further ruling, appellant is
ORDERED to file a response to the appellees' motion no later than ten days from the date of this
order showing cause why these appeals should not be dismissed for lack of jurisdiction.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.



_LUZ ESTRADA,_
Chief Deputy Clerk